United States District Court
for the District of New Jersey

|  |  |  |
|---|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, ET AL<br>    Plaintiff<br><br>v.<br><br>ROXANE LABORATORIES, INC.<br><br>    Defendant | : : : : : : : : : : : : | Civil No.  08-2272<br><br><br>Order of Reassignment |

It is on this 30th day of September 2008,

O R D E R E D that the entitled action is reassigned

from Judge Stanley R. Chesler to Judge Jose L. Linares.


　　　　　　　　　　　　　　    S/Garrett E. Brown, Jr.
　　　　　　　　　　　　　　Garrett E. Brown, Jr., Chief Judge
　　　　　　　　　　　　　　United States District Court