NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVARTIS PHARMACEUTICAL CORPORATION, NOVARTIS PHARMA AG, and NOVARTIS INTERNATIONAL PHARMACEUTICAL LTD., <br><br> Plaintiffs, <br><br> v. <br><br> ROXANE LABORATORIES, INC., <br><br> Defendant. | Civil Action No.: 08-cv-2272 (JLL) <br><br> **ORDER** |

This matter comes before the Court on Plaintiffs' motions for summary judgment and Defendant's subsequent cross-motions for same. In light of counsel's representations during telephone calls with chambers' staff on Tuesday, June 7, 2011 and Friday, June 10, 2011, that this matter has settled,

**IT IS** on this 13th day of June, 2011,

**ORDERED** that all pending motions are denied without prejudice to be refiled should the settlement agreement not be consummated.

**SO ORDERED.**

/s/ Jose L. Linares
JOSE L. LINARES
U. S. DISTRICT JUDGE